THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM D. PINDAR, Appellant.

(Submitted March 2, 1914; decided March 10, 1914.)

Motion for re-argument denied.   (See 210 N. Y. 191.)

---

DAVID SCANLIN et al., Respondents, *v.* AMELIA C. GIBSON, Appellant.

*Scanlin* v. *Gibson*, 149 App. Div. 933, affirmed.
(Submitted February 5, 1914; decided March 17, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 8, 1912, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to determine title to real property.

*Frank Bowman* for appellant.

*N. F. Breen* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ. Absent: WERNER, J.